1058

[No. 5748–1. Division One. September 5, 1978.]

JAMES A. FRITTS, ET AL, *Appellants,* v. THE
ESTATE OF EDWARD RAUSCHKE, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 812344, David C. Hunter, J., entered June 24,
1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Andersen, A.C.J., and James, J.

[No. 5760–1. Division One. September 5, 1978.]

*In the Matter of the Welfare of*
PAMELA ELEANOR HYDE.

Appeal from a judgment of the Superior Court for King
County, No. J–80235, James A. Noe, J., entered July 1,
1977. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Farris, C.J., and Callow, J.

[No. 5813–1. Division One. September 5, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG
BRUCE COLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78560, Carolyn R. Dimmick, J., entered June
27, 1977. *Affirmed* by unpublished opinion per Andersen,
A.C.J., concurred in by Callow and Dore, JJ.